**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


IN RE: SHAVAR L. THOMPSON; A PRO SE   :   No. 87 MM 2023
CRIMINAL, ON BEHALF OF HIMSELF AND   :
SIMULARLY SITUATED CRIMINAL   :
DEFENDANTS   :
  :
  :
  :
  :
  :
  :


## ORDER


**PER CURIAM**

      **AND NOW**, this 6th day of November, 2023, the Application for the Exercise of King's Bench Power or Extraordinary Relief, the "Motion for Extraordinary Relief in the Form of Writ of Mandamus," the "Application for Leave to File an Amended Brief," and the "Application for the Supreme Court to Order Immediate Disclosure" are DENIED.